VILLAGE OF BUCHANAN, Respondent, *v.* TOWN OF CORTLANDT et al., Appellants.

Argued February 23, 1943; decided March 4, 1943.

*Charles Blank* for motion.

*Robert E. Dempsey* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion.